

# NUMBER 13-14-00364-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE PATRICIA ARNOLD, LAURA McLAUGHLIN, WILLIAM PRIDAY, AND KEVIN ROBBINS

---

## On Petition for Writ of Mandamus.

---

# ORDER

## Before Chief Justice Valdez and Justices Perkes and Longoria
## Order Per Curiam

Relators Patricia Arnold, Laura McLaughlin, William Priday, and Kevin Robbins, filed a petition for writ of mandamus in the above cause on July 2, 2014 seeking to compel a referendum election. The Court requests that the real parties in interest, Kimberly Drysdale, the Ingleside City Secretary, Jim Gray, the Ingleside City Manager, the Ingleside City Council (Mayor Pete Perkins and Counsel Members Ben Tucker, Kevin Robbins, Willie Vaden, Cynthia Wilson, Elaine W. Kemp, and Paul Pierce), or any others whose interest would be directly affected by the relief sought, file a response to the

petition for writ of mandamus on or before the expiration of ten days from the date of this

order.  *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
3rd day of July, 2014.